UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIU ZHAOJI,<br>Petitioner,<br>v.<br>ADELANTO ICE PROCESSING,<br>Respondent. | Case No. 5:26-cv-02624 JLS (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Traverse, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated October 16, 2026, [Dkt. No. 28]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 28], is accepted;
2. The Petition is granted;

3. Respondents must immediately release Petitioner Liu Zhaoji (A#246-792-210) from immigration custody; and

4. Judgment is to be entered accordingly.

DATED: October 30, 2026

THE HONORABLE JOSEPHINE L. STATON
United States District Judge